IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

04 SEP 20 AM 10:47

RICHARD LEE BLAYLOCK, JR.,            )
                                      )
                 Plaintiff            )
                                      )
vs.                                   )   CASE NO. CV03-BE-2295-E
                                      )
THE UNITED STATES BUREAU              )
OF PRISONS, et al.,                   )
                                      )
                 Defendants           )

**ENTERED**
**SEP. 2 0 2004**

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 24, 2004, recommending that plaintiff's complaints regarding foot pain and hypertension be dismissed subject to plaintiff exhausting his administrative remedies as to those claims. The magistrate judge recommended further that plaintiff's claims filed pursuant to 28 U.S.C. § 1331 that he was denied adequate treatment for Hepatitis C and back pain be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim for which relief can be granted. The plaintiff filed objections to the report and recommendation on July 29, 2004, which were neither sworn nor made under penalty of perjury.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the

recommendation is ACCEPTED. Accordingly, the complaints regarding foot pain and hypertension are due to be dismissed subject to plaintiff exhausting his administrative remedies as to those claims. Further, the complaints regarding Hepatitis C and back pain are due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this _15th_ day of September, 2004.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

2